# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0958
Lower Tribunal No. 18-7032-CA-01
_____

**Marie Josee Truquet**,
Appellant,

vs.

**David Jourdan Tabac, et al.**,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Spencer Eig, Judge.

Lampert Law Firm and Joey M. Lampert and Michael A. Eger (Ft. Lauderdale), for appellant.

Navarro Attorneys at Law and Luis F. Navarro, for appellees.

Before SCALES, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Grove Isle Ass'n v. Lindzon, 350 So. 3d 826, 829 (Fla.

3d DCA 2022) (stating trial court's decision on motion for leave to amend to add claim for punitive damages is reviewed de novo); <u>Monsanto Co. v. Behar</u>, 417 So. 3d 383, 387 (Fla. 3d DCA 2025) ("Punitive damages are a form of extraordinary relief for acts and omissions so egregious as to jeopardize not only the particular plaintiff in the lawsuit, but the public as a whole, such that a punishment—not merely compensation—must be imposed to prevent similar conduct in the future." (quoting <u>BDO Seidman, LLP v. Banco Espirito Santo Int'l</u>, 38 So. 3d 874, 876 (Fla. 3d DCA 2010))); <u>Roque v. Swezy</u>, 429 So. 3d 107, 109 (Fla. 3d DCA 2026) ("Punitive damages are a form of extraordinary relief, reserved for sufficiently outrageous or egregious conduct."); <u>McLane Foodservice Inc. v. Wool</u>, 400 So. 3d 757, 761 (Fla. 3d DCA 2024) (reversing order granting motion for leave to amend to add claim for punitive damages where Appellee's "proffer offers nothing that could rise to the level of intentional misconduct or gross negligence").